### CITY OF ROME *v.* HOLCOMB.

BECK, Presiding Justice. This case is a companion of *City of Rome* v. *Brown,* ante, and is controlled by the decision in that case.

*Judgment affirmed. All the Justices concur, except Jenkins, J., disqualified.*